```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
M & R CAPITAL MANAGEMENT, INC.,

        Plaintiff,

    v.

THE CURCHIN GROUP, LLC,
ROBERT C. FOURATT, CPA
and RICHARD T. DIVER,

        Defendants.
----------------------------------x

19 Civ. 4821 (LAP)

**ORDER**

Loretta A. Preska, Senior United States District Judge:

    It is hereby

    Ordered that the stay of this action previously ordered on September 17, 2019 shall be and hereby is vacated as to the defendants The Curchin Group, LLC and Robert C. Fouratt, CPA, provided that the action shall remain stayed as to all claims asserted against the defendant Richard T. Diver; and,

    It is further Ordered that the parties shall commence document discovery, and that the defendants The Curchin Group, LLC and Robert C. Fouratt, CPA may conduct the deposition of the plaintiff M & R Capital Management, Inc.; and,

    It is further Ordered that the time of the Defendants The Curchin Group, LLC and Robert C. Fouratt to amend their responsive pleading shall be enlarged up to and including the date of the completion of discovery.

SO ORDERED.

                              */s/ Loretta A. Preska*
                            Loretta A. Preska, Senior U.S.D.J.

Dated: New York, New York
      November 8, 2019