USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
M & R CAPITAL MANAGEMENT, INC.,

        Plaintiff,

     v.

THE CURCHIN GROUP, LLC,
ROBERT C. FOURATT, CPA
and RICHARD T. DIVER,

        Defendants.
------------------------------------x

19 Civ. 4821(LAP)

**DECLARATION OF JOSEPH E. GASPERETTI
IN RESPONSE TO ORDER TO SHOW CAUSE**

1. Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the following is true and correct.

2. I am a member of the Bar of this Court and am the attorney for the plaintiff M & R Capital Management, Inc. ("M & R"). I make this declaration in response to the Court's order to Show Cause of December 23, 2019 "why the case should not be dismissed for lack of jurisdiction because plaintiff has not alleged the citizenship of every member of the Defendant LLC." (ECF

1

No. 51)

2. The case should not be dismissed because every member of the defendant The Curchin Group, LLC is a citizen of the State of New Jersey. Annexed hereto as Exhibit A is a Business Entity Status Report issued today by the New Jersey Office the Secretary of State which identifies Curchin's four members as of May 15, 2019 and sets forth their addresses as follows:

    (1) Kaval, Carolyn

    1504, Tilton Corner Road, Wall, , ,

    (2) Conover, Lynn

    5 Merkel Drive, Middletown, , ,

    (3) Pfister, Peter

    14 Hazelwood Court, Howell, , ,

    (4) Fouratt, Robert

    9 Wesley Court, Asbury Park, , ,

3. Internet search of these addresses reveals that they are all located in the State of New Jersey.

4. In addition, I note that paragraph 12 of the Complaint alleges that Curchin is a citizen of the

State of New Jersey, where it has its place of business.  The defendant's Answer admits this allegation.

5.  I am mindful that the parties cannot by pleadings or otherwise manufacture federal subject matter jurisdiction.  Therefore, if the Court so Orders, M & R hereby requests permission to amend paragraph 12 of the Complaint to specifically allege that Curchin's members are citizens of the State of New Jersey.

Dated: New York, New York
       December 24, 2019

                                 Joseph E. Gasperetti (JG-2120)
                                 2300 Fifth Avenue
                                 Rm. 12D
                                 New York, New York 10037

**SO ORDERED.**

_Loretta A. Preska_
Loretta A. Preska
Senior U.S. District Judge

December 26, 2019                         3