

Chicago
New York
Washington, DC
London
San Francisco
Los Angeles
Singapore
vedderprice.com

April 1, 2020

```
The parties' extension request
is GRANTED.
SO ORDERED.
Dated: New York, NY
       Apr. 2, 2020
```

Marc B. Schlesinger
Associate
+1 212 407 6935
mschlesinger@vedderprice.com

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

_____
LORETTA A. PRESKA
Senior U.S. District Judge

Re:   M&R Capital Management, Inc. v. The Curchin Group, LLC, Robert C.
      Fouratt, CPA and Richard T. Diver;
      1:19-cv-04821 (LAP) (SLC)
      Joint Letter Requesting Extension of Discovery Deadlines

Your Honor:

We represent defendants The Curchin Group, LLC ("Curchin") and Robert C. Fouratt, CPA ("Fouratt" and collectively with Curchin, the "Curchin Defendants") in the above referenced-matter. We write with the consent of counsel for Plaintiff M&R Capital Management, Inc. to respectfully request that the Court extend by forty-five (45) days the discovery and other upcoming deadlines under the Case Management Order ("CMO") [ECF # 60].

As to the most pressing discovery deadline, the CMO requires the parties report to the Court no later than April 2, 2020 whether parties are ready to hold a settlement conference. Given the current health situation with COVID-19, the fact that the parties have not yet finished discovery and that Curchin Defendants have filed a Letter for Pre-Motion Discovery Conference pursuant to Local Civil Rule 37.2 [ECF #62-64] which has not yet been heard, the parties respectfully request that the reporting deadline be extended to **May 18, 2020**, and that all remaining deadlines in the CMO be extend by 45 days as follows:

| **DISCOVERY ITEM** | **ORIGINAL CMO DEADLINE** | **NEW PROPOSED DEADLINE** |
| --- | --- | --- |
| Parties to report to the Court re possibility of settlement | April 2, 2020 | **May 18, 2020** |
| Fact discovery to be completed | May 29, 2020 | **July 13, 2020** |
| Fact witness depositions to be completed | May 29, 2020 | **July 13, 2020** |
| Plaintiff shall serve its expert report | June 30, 2020 | **August 14, 2020** |
| Defendant shall serve its rebuttal expert report | July 31, 2020 | **September 14, 2020** |

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, and Vedder Price Pte. Ltd., which operates in Singapore.

VP/#36104210

The Honorable Loretta A. Preska
United States District Judge
April 1, 2020
Page 2

| DISCOVERY ITEM | ORIGINAL CMO DEADLINE | NEW PROPOSED DEADLINE |
|---|---|---|
| Expert depositions to be completed | August 31, 2020 | **October 15, 2020** |
| Parties to be ready for trial | November 2, 2020 | **December 17, 2020** |

We thank the Court for its attention to his matter.

Respectfully submitted,

/s/ Marc B. Schlesinger

cc:     Joseph E. Gasperetti, Esq.
        (Via ECF and Email)

        Mr. Richard T. Diver
        Defendant *Pro se*
        (Via U.S. Mail)