```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| M & R CAPITAL MANAGEMENT, INC.,<br><br>    Plaintiff,<br><br>  -versus-<br><br>THE CURCHIN GROUP, LLC, et al.,<br><br>    Defendants. | 19 Civ. 4821<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

The Court has reviewed the parties' correspondence regarding their discovery dispute (dkt. nos. 62-64). Counsel shall confer and submit a proposed protective order that will permit M&R to disclose the financial information relating to its clients who were defrauded in 2017 and 2018 with Curchin's agreement not to disclose the information and prohibiting contact between Curchin and those clients, both pending further order of the Court.

To the extent that the Citrin Cooperman report has not already been produced, it shall be produced, also subject to the above restrictions.

The Court reserves any ruling as to the relevance of the clients' state of knowledge and related issues.

**SO ORDERED.**

Dated: April 10, 2020
       New York, New York

_____
LORETTA A. PRESKA
Senior U.S. District Judge