UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M & R CAPITAL MANAGEMENT, INC.,

    Plaintiff,

  -versus-

THE CURCHIN GROUP, LLC, et al.

    Defendants.

---

19 Civ. 4821 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Before the Court is Plaintiff's request for a pre-motion conference in anticipation of a motion to compel The Curchin Group, LLC and Robert C. Fouratt, CPA (together, the "Curchin Defendants") to produce documents relating to the years 2011-2014.  (Dkt. no. 75.)  Construing the parties' letters (dkt. nos. 75-77) as the motion papers, the motion is granted.

    As the cases cited by Plaintiff make clear, the statute of limitations does not cabin the temporal scope of discovery.  Defendants' citation to <u>Williamson v. PricewaterhouseCoopers, LLP</u>, 9 N.Y.3d 1, 840 N.Y.S. 730 (2007) is irrelevant because it does not deal with the scope of discovery.  Because the complaint alleges professional malpractice based on the Curchin Defendants' continuous representation of Plaintiff from 2011 through 2018, documents spanning that time period are relevant and shall be produced.

Plaintiff's motion to compel the production of documents and other electronically stored information relating to accounting services rendered by the Curchin Defendants during the years 2011, 2012, 2013, and 2014 (dkt. no. 75) is granted.

**SO ORDERED.**

Dated: July 29, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.