UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M & R CAPITAL MANAGEMENT, INC.,

        Plaintiff,

   -against-

THE CURCHIN GROUP, LLC, ROBERT C. FOURATT, CPA, RICHARD T. DIVER,

        Defendants.

No. 19-CV-4821 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Based on the parties' letters reflected in docket numbers 111, 112, 113, and 114, counsel shall appear for a telephone conference on January 5, 2021 at 10:00 a.m.  Call-in information will be provided in advance of the conference.  In the interim, counsel shall confirm to the Court that document holds have been placed on all parties and witnesses, including on their personal and company devices.

**SO ORDERED.**

Dated:   December 30, 2020
       New York, New York

                                   */s/ Loretta A. Preska*
                                   LORETTA A. PRESKA, U.S.D.J.