```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| M & R CAPITAL MANAGEMENT, INC.,<br><br>        Plaintiff,<br><br>  -against-<br><br>THE CURCHIN GROUP, LLC, ROBERT C. FOURATT, CPA, RICHARD T. DIVER,<br><br>        Defendants. | No. 19-CV-4821 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The conference scheduled for January 5, 2021 at 10:00 a.m. will occur as a teleconference using the dial-in (888) 363-4734, access code: 4645450.

**SO ORDERED.**

Dated:  January 4, 2021
        New York, New York

                                                        */s/ Loretta A. Preska*
                                                    LORETTA A. PRESKA, U.S.D.J.