```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| M & R CAPITAL MANAGEMENT, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE CURCHIN GROUP, LLC, et al., <br><br> Defendants. | No. 19-CV-4821 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The conference scheduled for March 1, 2021 at 10:00 a.m. will occur as a teleconference using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated: February 25, 2021
       New York, New York

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.