```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| M & R CAPITAL MANAGEMENT, INC.,<br><br>                    Plaintiff,<br><br>     -against-<br><br> THE CURCHIN GROUP, LLC, et al.,<br><br>                    Defendants. | No. 19-CV-4821 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

The conference scheduled for March 1, 2021 at 10:00 a.m. is adjourned to March 2, 2021 at 11:30 a.m.  The conference will occur as a teleconference using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:   March 1, 2021
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.