UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| M&R CAPITAL MANAGEMENT, INC.,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE CURCHIN GROUP, LLC,<br>ROBERT C. FOURATT, CPA,<br>and RICHARD T. DIVER,<br><br>                    Defendants. | 19-CV-4821 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear on Wednesday, January 5, 2022 at 9:30 a.m. in Courtroom 12A for oral argument on Defendants The Curchin Group, LLC and Robert C. Fouratt, CPA's (collectively, the "Curchin Defendants") motion to dismiss (see dkt. nos. 98, 99) and the Curchin Defendants' motion for summary judgment. (See dkt. nos. 142, 143.)

**SO ORDERED.**

Dated:   December 8, 2021
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge