```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| M&R CAPITAL MANAGEMENT, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE CURCHIN GROUP, LLC, <br> ROBERT C. FOURATT, CPA, <br> and RICHARD T. DIVER, <br><br> Defendants. | No. 19 CV 4821(LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Oral argument on Defendants The Curchin Group, LLC and Robert C. Fouratt, CPA's (collectively, the "Curchin Defendants") motion to dismiss (see dkt. nos. 98, 99) and the Curchin Defendants' motion for summary judgment (see dkt. nos. 142, 143) is currently scheduled for Wednesday, January 5, 2022, at 9:30 a.m.  (See dkt. no. 169.)  The parties shall jointly inform the Court no later than Thursday, December 30, 2021, whether they consent to proceed remotely by video.

If the parties consent to proceed remotely, Chambers will communicate separately the videoconference information.

An audio-only public dial-in will be available using the following information:

Dial-in (877) 402-9753.  Access code:  6545179.

**SO ORDERED.**

Dated:     December 27, 2021
           New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge