UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M&R CAPITAL MANAGEMENT, INC.,

                Plaintiff,

-against-

THE CURCHIN GROUP, LLC,
ROBERT C. FOURATT, CPA,
and RICHARD T. DIVER,

                Defendants.

No. 19-CV-4821 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court heard oral argument on Defendants The Curchin Group, LLC and Robert C. Fouratt, CPA's (collectively, the "Curchin Defendants") motion for summary judgment (dkt. no. 142) and motion to dismiss (dkt. no. 98) on January 5, 2022.  For the reasons stated on the record of the argument, the Curchin Defendants' motion for summary judgment and motion to dismiss are denied.

    The Clerk of the Court shall close the open motions.  (Dkt. nos. 98, 142).

**SO ORDERED.**

Dated:     January 6, 2022
           New York, New York

                            _/s/ Loretta A. Preska_
                            LORETTA A. PRESKA
                            Senior United States District Judge