UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M&R CAPITAL MANAGEMENT, INC.,

                Plaintiff,

-against-

THE CURCHIN GROUP, LLC,
ROBERT C. FOURATT, CPA,
and RICHARD T. DIVER,

                Defendants.

No. 19-CV-4821 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a teleconference on Tuesday, February 1, 2022 at 10:00 a.m.  The dial-in is (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    January 26, 2022
           New York, New York

                                        _/s/ Loretta A. Preska_
                                        LORETTA A. PRESKA
                                        Senior United States District Judge