UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M&R CAPITAL MANAGEMENT, INC.,

                Plaintiff,

-against-                    No. 19-CV-4821 (LAP)

THE CURCHIN GROUP, LLC,        ORDER
ROBERT C. FOURATT, CPA,
and RICHARD T. DIVER,

                Defendants.

---

LORETTA A. PRESKA, Senior United States District Judge:

    Following the status conference held on Thursday, January 27, 2022, the parties shall notify the Court by letter no later than Tuesday, March 15, 2022, on whether mediation was successful in resolving all issues in this action.

**SO ORDERED.**

Dated:    January 27, 2022
           New York, New York

                        _____
                        LORETTA A. PRESKA
                        Senior United States District Judge